UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON L. REID,<br><br>    Petitioner,<br><br>    v.<br><br>STU SHERMAN,<br><br>    Respondent. | No. 2:20-cv-01596 GGH P<br><br><br><br>ORDER |

    Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis. However, petitioner has *not signed* the in forma pauperis application authorizing the agency having custody over petitioner to collect, assess, and forward to the Clerk of the United States District Court payments pursuant to 28 U.S.C. § 1915. ECF No. 9 at 2. Petitioner will be provided another opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis, *ensuring it has been signed by petitioner*, or submit the appropriate filing fee.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Petitioner shall submit, within thirty days from the date of this order, a *signed* affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: September 22, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE