UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON L. REID,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STU SHERMAN,<br><br>　　　　Respondent. | No.  2:20-cv-01596 KJM GGH P<br><br><br><br>ORDER |

Petitioner has an application to proceed in forma pauperis. ECF No. 9. Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

IT IS HEREBY ORDERED that petitioner's motion to proceed in forma pauperis (ECF No. 9) is granted.

Dated: November 2, 2020

　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1