UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL L. REID,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STU SHERMAN,<br><br>　　　　　Respondent. | No.  2:20-cv-01596 KJM GGH P<br><br><br>ORDER |

　　　Petitioner has requested an extension of time to file an opposition to respondent's motion to dismiss filed on October 13, 2020.  ECF No. 19. Good cause appearing, IT IS HEREBY ORDERED that:

　　　1.  Petitioner's request for an extension of time (ECF No. 19) is granted; and

　　　2.  Petitioner shall file an opposition to the motion to dismiss within thirty days from the date of this order.

Dated: November 23, 2020

　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE