IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLTON L. REID,** | 2:20-cv-01596-KJM-GGH |
| Petitioner, | **[PROPOSED]** ORDER |
| v. | |
| **STU SHERMAN,** | |
| Respondent. | |

Respondent has moved for a 30-day enlargement of time within which to file a reply to Petitioner's opposition to motion to dismiss.

GOOD CAUSE APPEARING, IT IS ORDERED that Respondent's motion is granted.  The reply to the opposition to motion to dismiss shall be filed on or before March 15, 2021.

Dated: February 11, 2021

                                      /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE