UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON L. REID, | No. 2:20-cv-01596 KJM GGH P |
| Petitioner, | |
| v. | ORDER |
| STU SHERMAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 13, 2021, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty-one days.   ECF No. 30. Petitioner has filed objections to the findings and recommendations. ECF No. 31. Petitioner's objections focus on the merits of his habeas corpus petition, and not the substance of the magistrate judge's findings.

////

////

////

////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 13, 2021, are adopted in full;

2. Respondent's motion to dismiss (ECF No. 15) is granted;

3. The petition for writ of habeas corpus (ECF No. 1) is dismissed as barred by the AEDPA statute of limitations. Petitioner is granted leave to amend his petition to state a standalone actual innocence claim;

4. Petitioner is granted sixty (60) days from the adoption of these findings and recommendations to file an amended petition for writ of habeas corpus that alleges only one claim of actual innocence based on DNA results and/or cell phone data; and

5. Failure to file an amended petition within the deadline set above may result in the instant action being closed.

DATED: September 16, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE