UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carlton L. Reid,<br><br>        Petitioner,<br><br>    v.<br><br>Stu Sherman,<br><br>        Respondent. | No.  2:20-cv-01596 KJM GGH P<br><br>ORDER |

On September 16, 2021, the court adopted the findings and recommendations filed by the magistrate judge on May 13, 2021.  Order, ECF No. 33.  In that order, the court dismissed Mr. Reid's petition for writ of habeas corpus.  *See id*.  The court also granted Mr. Reid sixty days to file an amended petition for writ of habeas corpus that alleges only one claim of actual innocence based on DNA results and/or cell phone data.  *Id*.  The court warned Mr. Reid that failure to amend his habeas petition within the deadline may result in his case being closed.  *See id*.  While Mr. Reid was granted until November 16, 2021, to file his amended pleading, on October 25 he moved for an additional 30-day extension of time.  Mot. at 1, ECF No. 34.  Mr. Reid explains that he needs additional time to communicate with a forensics company that specializes in retrieval of cell phone data.  *Id*. at 1.

/////

/////

1

1  Good cause appearing, the court grants Mr. Reid's motion for an additional 30 days. Mr.
2  Reid must file his amended petition by December 21, 2021; failure to do so may result in his case
3  being closed.
4  IT IS SO ORDERED.
5  This order resolves ECF No. 34.
6  DATED: October 28, 2021.

CHIEF UNITED STATES DISTRICT JUDGE