IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON L. REID,<br><br>    Petitioner,<br><br>  v.<br><br>STU SHERMAN,<br><br>    Respondent. | No. 2:20-CV-1596-KJM-DMC-P<br><br>ORDER |

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Pending before the Court is Petitioner's first amended petition, ECF No. 41.

    On September 16, 2021, the District Judge granted Respondent's motion to dismiss the original petition and directed Petitioner to file a first amended petition that alleges only one stand-alone claim of actual innocence.  See ECF No. 33.  The first amended petition currently before the Court fails to comply with the District Judge's order.  Specifically, it is incomplete in that, for Ground One, Petitioner states "See Attached," but no additional statement of the claim is provided.  Because the Court cannot refer to multiple documents to make Petitioner's pleading complete, Petitioner will be provided an opportunity to cure the defect by filing a single second amended petition which contains all of his allegations.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's first amended petition, ECCF No. 41, is dismissed with leave to amend;

2. Petitioner shall file a second amended petition within 30 days of the date of this order; and

3. The Clerk of the Court is directed to forward to Petitioner the Court form habeas petition by state prisoners.

Dated: January 5, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2