**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLTON L. REID, | No. 2:20-CV-1596-KJM-DMC-P |
| Petitioner, | |
| v. | ORDER |
| STU SHERMAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254

On January 5, 2022, the Court dismissed Petitioner's first amended petition and directed Petitioner to file a second amended petition within 30 days. See ECF No. 42. On January 18, 2022, Plaintiff filed a document, ECF No. 46, which the Clerk of the Court will be directed to update the docket to be Petitioner's second amended petition, and to which Respondent will be directed to respond.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to update the docket to reflect that ECF No. 46 is Petitioner's second amended petition; and

2. Respondent shall file a response to the second amended petition within 30 days of the date of this order.

Dated: March 31, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2