IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON L. REID,<br><br>        Petitioner,<br><br>    v.<br><br>STU SHERMAN,<br><br>        Respondent. | No. 2:20-CV-1596-KJM-DMC-P<br><br>ORDER |

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. In March 2022, he filed a motion for reconsideration of the court's September 16, 2021 order. ECF No. 47.

        The court may grant reconsideration under Federal Rules of Civil Procedure 59(e) and 60. Here, petitioner states that he is seeking relief under Rule 60(b). *See* ECF No. 47. Under Rule 60(b), the court may reconsider a final judgment and any order based on: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which, with reasonable diligence, could not have been discovered within ten days of entry of judgment; and (3) fraud, misrepresentation, or misconduct of an opposing party. *See* Fed. R. Civ. P. 60(b)(1)-(3). A motion for reconsideration on any of these grounds must be brought within one year of entry of judgment or the order being challenged. *See* Fed. R. Civ. P. 60(c)(1). Under Rule 60(b), the court may also grant reconsideration if: (1) the judgment is

1

void; (2) the judgment has been satisfied, released, or discharged, an earlier judgment has been reversed or vacated, or applying the judgment prospectively is no longer equitable; and (3) any other reason that justifies relief. *See* Fed. R. Civ. P. 60(b)(4)-(6). A motion for reconsideration on any of these grounds must be brought "within a reasonable time." Fed. R. Civ. P. 60(c)(1).

In this case, the court does not find that reconsideration is warranted under Rule 60(b). The court notes that petitioner is proceeding on his second amended petition, which asserts his claim of actual innocence. *See* ECF No. 46 at 6. IT IS HEREBY ORDERED that petitioner's motion for reconsideration, ECF No. 47, is denied.

DATED: October 30, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2