IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON L. REID,<br><br>           Petitioner,<br><br>    v.<br><br>STU SHERMAN,<br><br>           Respondent. | No.  2:20-CV-1596-KJM-DMC-P<br><br>ORDER |

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

        On September 6, 2022, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  Timely objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed September 6, 2022, are adopted in full;

2. Respondent's motion to dismiss, ECF No. 50, is denied;

3. Petitioner's unopposed motion for a stay-and-abeyance order, ECF No. 51, is granted;

4. Petitioner shall file a report on the status of state court exhaustion proceedings within 60 days of the date of this order and every 60 days thereafter pending further order of this court;

5. Petitioner's motion for reconsideration, ECF No. 47, is denied;

6. The matter is referred back to the assigned Magistrate Judge.

DATED: January 24, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE