IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON L. REID, | No. 2:20-CV-1596-DJC-DMC-P |
| Petitioner, | |
| v. | ORDER |
| STU SHERMAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion, ECF No. 72, for discovery. Under Rule 6 of the Federal Rules Governing Section 2254 Cases, the Court may, for good cause shown, allow discovery consistent with the Federal Rules of Civil Procedure. In this case, the Court does not at this time find good cause because no answer has been filed. Plaintiff's motion for discovery will be denied without prejudice to renewal after Respondent files an answer.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as that Petitioner's motion for discovery, ECF No. 72, is DENIED without prejudice to renewal after an answer is filed.

Dated: June 17, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE