IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON L. REID,<br><br>            Petitioner,<br><br>       v.<br><br>STU SHERMAN,<br><br>            Respondent. | No. 2:20-CV-1596-DJC-DMC-P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On August 26, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. (ECF No. 78.) Objections to the findings and recommendations have been filed. (ECF No. 79.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

////

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed August 26, 2024 (ECF No. 78) are ADOPTED in full.
2. Petitioner's second amended petition for a writ of habeas corpus (ECF No. 46) is DENIED.
3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, *see* 28 U.S.C. § 2253(c)(2)..
4. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated:   **March 10, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE